IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: LOUISE BENTIVEGNA : CIVIL ACTION
:
:
:
: NO. 17-2727

ORDER

AND NOW, this 20th day of October, 2017, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the order of the United States Bankruptcy Court for the Eastern District of Pennsylvania dated May 31, 2017 is AFFIRMED.

BY THE COURT:

/s/ Harvey Bartle III
                                                J.